UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-03690 AHM (MRWx) | Date | August 9, 2011 |
|---|---|---|---|
| Title | WILBER COREA, et al. v. AMERICAN SERVICING COMPANY, et al. | | |

| Present: The Honorable | A. Howard Matz | | |
|---|---|---|---|
| Stephen Montes | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | No Appearance |

**Proceedings:** In Chambers (No Proceedings Held)

On July 5, 2011, the Court granted an unopposed motion to dismiss the complaint of plaintiffs Wilber Corea and Adela Del Carmen Corea ("Plaintiffs") under Federal Rule of Civil Procedure 12(b)(6). The Court granted Plaintiffs leave to file an amended complaint by no later than August 2, 2011. It is now August 9, 2011 and Plaintiffs have failed to file an amended complaint. Accordingly, the Court DISMISSES the action.

**JS-6**

:
Initials of Preparer   SMO